Robert J. Romero (SBN 136539)
Jill Buresh Nail (SBN 229044)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   (415) 362-6000
Facsimile:   (415) 834-9070
rromero@hinshawlaw.com
jnail@hinshawlaw.com

Attorneys for Defendants
SUNBEAM PRODUCTS, INC. and
JARDEN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

| | |
|---|---|
| MICHAEL GODINHO,<br><br>    Plaintiff,<br><br>vs.<br><br>EMBASSY SUITES WALNUT CREEK REMINGTON HOTEL CORPORATION, SUNBEAM PRODUCTS, INC., and JARDEN CORPORATION,<br><br>    Defendants. | Case No. 3:09-CV-05498-MEJ<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS; ORDER**<br><br>Hon. Maria-Elena James<br><br>Complaint File:   November 19, 2009<br>Trial Date:            None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants SUNBEAM PRODUCTS, INC. and JARDEN CORPORATION substitute Robert J. Romero and Jill Buresh Nail of Hinshaw & Culbertson LLP, as their counsel of record in the above-captioned matter. The office address and telephone number of substituted counsel is:

Robert J. Romero
Jill Buresh Nail
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

1

| | |
|---|---|
| 1 | SUNBEAM PRODUCTS, INC. consents to the above substitution. |
| 2 | Dated:  December 15, 2009             /s/ Vic Michels as auth. 12/15/09 |

BY:   Vic Michels
          SUNBEAM PRODUCTS, INC.

JARDEN CORPORATION. consents to the above substitution.

Dated:  December 15, 2009             /s/ Marc P. Clements as auth. 12/15/09

BY:   Marc P. Clements
          JARDEN CORPORATION

I, Richard A. Ergo, consent to the above substitution.

Dated:  December 15, 2009             /s/ Richard A. Ergo as auth. 12/10/09

Richard A. Ergo
BOWLES & VERNA LLP

I, Robert J. Romero, accept the above substitution.

Dated:  December 15, 2009             /s/ Robert J. Romero

Robert J. Romero
HINSHAW & CULBERTSON LLP

IT IS SO ORDERED.

DATE: December 17, 2009

HON. MARIA ELENA JAMES

2989317v1907150