1 ROBERT J. ROMERO (SBN: 136539)
  DAVID I. DALBY (SBN: 114750)
2 JILL BURESH NAIL (SBN: 229044)
  ddalby@hinshawlaw.com
3 rromero@hinshawlaw.com
  jnail@hinshawlaw.com
4 HINSHAW & CULBERTSON LLP
  One California Street, 18th Floor
5 San Francisco, CA 94111
  Telephone:   415-362-6000
6 Facsimile:   415-834-9070

7 Attorneys for Defendants SUNBEAM
  PRODUCTS, INC.; JARDEN
8 CORPORATION

9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 **SAN FRANCISCO DIVISION**

13 MICHAEL GODINHO                )   **Case No.:  3:09-cv-05498-MEJ**
                                  )
14      Plaintiff,                )   **STIPULATION TO EXTEND TIME**
                                  )   **FOR CONDUCTING MEDIATION**
15      vs.                       )   **AND ~~PROPOSED~~ ORDER**
                                  )
16 ASHFORD TSR NICKEL, LLC dba    )   Hon. Maria-Elena James
   EMBASSY SUITES WALNUT CREEK,   )
17 REMINGTON LODGING AND          )
   HOSPITALITY, LLC; SUNBEAM      )
18 PRODUCTS, INC.; JARDEN         )
   CORPORATION                    )
19                                )
        Defendants.               )
20

21      Pursuant to the United States District Court Northern District of California ADR

22 Local Rule 6-5(a), in view of the parties counsels' respective schedules, and in

23 consultation with the appointed mediator, Eileen Barker of Barker Mediation, the parties

24 hereby stipulate for an order extending the deadline for completing the mediation in this

25 matter.  The Case Management Conference Order referring this case to mediation is dated

26 February 18, 2010.  Accordingly, the parties stipulate to a fifteen (15) day extension of

27 the ninety (90) day deadline for completing the mediation to Tuesday, June 1, 2010.

28

1    It is so stipulated:

2    DATED:  March 22, 2010                THE DOLAN LAW FIRM

3

4                                          By:    /S/    Marjorie J. Heinrich
                                                  Marjorie J. Heinrich
5                                                 Attorneys for Plaintiff
                                                  Michael Godinho
6

7

8    DATED:  March 22, 2010                LAW OFFICES OF SANTANA & HART

9

10                                         By:    /S/    Maria I. Zeyrek
                                                  Maria I. Zeyrek
11                                                Attorneys for Defendant
                                                  Embassy Suites
12

13   DATED:  March 22, 2010                HINSHAW & CULBERTSON LLP

14

15                                         By:    /S/    David I. Dalby
                                                  David I. Dalby
16                                                Attorneys for Defendants
                                                  Sunbeam Products, Inc.;
17                                                Jarden Corporation

18

19        IT IS SO ORDERED:

20

21   DATED:  March _25_, 2010              By: _____
                                                  Maria-Elena James
22                                                Chief United States Magistrate Judge

23

24

25

26

27

28

                                       2
─────────────────────────────────────────────────────────────────