Christopher B. Dolan (SBN 165358)
Marjorie Heinrich (SBN 124682)
Ethan Wimert (SBN 266059)
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, CA  94102
Tel:  (415) 421-2800
Fax:  (415) 421-2830

Attorneys for Plaintiff
MICHAEL GODINHO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GODINHO,<br><br>    Plaintiff,<br><br>v.<br><br>ASHFORD TSR NICKEL, LLC dba EMBASSY SUITES WALNUT CREEK, REMINGTON LODGING & HOSPITALITY, LLC, SUNBEAM PRODUCTS, INC., JARDEN CORPORATION, and TSANN KUEN GROUP.<br><br>    Defendants. | Case No.  3:09-cv-05498-MEJ<br><br>**STIPULATION TO EXTEND TIME FOR CONDUCTING MEDIATION AND [PROPOSED] ORDER**<br><br>Date: May 20, 2010<br><br>Hon. Maria-Elena James |

   Pursuant to United States District Court for the Northern District of California ADR Local Rule 6-5(a), in view of the need for time to complete discovery, and in consultation with the appointed mediator, Eileen Barker of Barker Mediation, the parties hereby stipulate to an order extending the deadline for completing mediation in this matter. The mediation is currently set for June 1, 2010 and all parties stipulate that the mediation shall instead be held on July 27, 2010 at 10:00 a.m.

   It is so stipulated.

//

**THE DOLAN LAW FIRM**
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94102
TEL:  (415) 421-2800
FAX:  (415) 421-2830

DATED: May 20, 2010          **THE DOLAN LAW FIRM**

By: /s/ Marjorie Heinrich

    MARJORIE HEINRICH, ESQ.
    *Attorney for Plaintiff*:
    MICHAEL GODINHO

By: /s/ Maria Zeyrek

    MARIA ZEYREK
    *Attorney for Defendants*:
    Ashford TSR Nickel, LLC, et al.

By: /s/ David Dalby

    DAVID DALBY
    *Attorney for Defendants*:
    Sunbeam Products, Inc., et al.

**IT IS SO ORDERED:**

DATED: May 24, 2010      By: _____

    Honorable Maria-Elena James
    *Chief United States Magistrate Judge*

2

**STIPULATION TO EXTEND TIME FOR CONDUCTING MEDIATION AND [PROPOSED] ORDER**
**3:09-cv-05498-MEJ**

THE DOLAN LAW FIRM
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830