1  DAVID I. DALBY (SBN: 114750)
   HINSHAW & CULBERTSON LLP
2  One California Street, 18th Floor
   San Francisco, CA 94111
3  Telephone:   415-362-6000
   Facsimile:   415-834-9070
4  ddalby@hinshawlaw.com

5

6  Attorneys for Defendants
   SUNBEAM PRODUCTS, INC.;
7  JARDEN CORPORATION

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GODINHO | Case No.: 3:09-cv-05498-MEJ |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR CONDUCTING MEDIATION AND EXPERT DISCLOSURE AND [PROPOSED] ORDER |
| vs. | |
| ASHFORD TSR NICKEL, LLC dba EMBASSY SUITES WALNUT CREEK, REMINGTON LODGING AND HOSPITALITY, LLC; SUNBEAM PRODUCTS, INC.; JARDEN CORPORATION | Hon. Maria-Elena James<br>Trial: February 28, 2011 |
| Defendants. | |

Pursuant to United States District Court for the Northern District of California ADR Local Rule 6-5(a), in view of the need for time to complete discovery, and in consultation with the appointed mediator, Eileen Barker of Barker Mediation, the parties hereby stipulate to an order extending the deadline for completing mediation in this matter. The mediation is currently set for July 27, 2010 and all parties stipulate that the mediation shall instead be held on September 14, 2010 at 10:00 a.m.

Further, in order to most efficiently complete the mediation, the parties further

1
STIPULATION TO EXTEND TIME FOR CONDUCTING MEDIATION AND
EXPERT DISCLOSURE AND [PROPOSED] ORDER
CASE NO. 3:09-CV-05498-MEJ

2995352v1 907150 49210

1 | stipulate that the dates for the disclosure of expert witnesses and rebuttal expert witnesses
2 | are extended to October 15, 2010 (preliminary disclosure), and November 1, 2010
3 | (rebuttal), respectively.
4 |     It is so stipulated.

6 | DATED: July 19, 2010          HINSHAW & CULBERTSON LLP

By:    /s/David I. Dalby
David I. Dalby
*Attorneys for Defendants*, Sunbeam Products, Inc and Jarden Corporation

DATED: July 19, 2010          THE DOLAN LAW FIRM

By:    /s/ Marjorie Heinrich
Marjorie Heinrich
*Attorney for Plaintiff*
Michael Godinho

DATED: July 19, 2010

By:    /s/Maria Zeyrek
Maria Zeyrek
*Attorney for Defendants*
Ashford TSR Nickel, LLC, et al.

**IT IS SO ORDERED:**

**Dated:** July 22, 2010          By: _____
Honorable Maria-Elena James
Chief United States Magistrate Judge

---

2
STIPULATION TO EXTEND TIME FOR CONDUCTING MEDIATION AND
EXPERT DISCLOSURE AND [PROPOSED] ORDER
CASE NO. 3:09-CV-05498-MEJ

2995352v1 907150 49210