UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

MICHAEL GODINHO,
    Plaintiff,

v.

EMBASSY SUITES, et al.,
    Defendants.

No. C 09-5498 MEJ

**ORDER GRANTING REQUEST FOR DEFENDANT'S REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**

Date:    September 14, 2010
Evaluator:    Eileen Barker

IT IS HEREBY ORDERED that the request for defendants Sunbeam Products and Jarden Corporation's insurer representative, Wellington Cleaver, to be excused from personally attending the September 14, 2010 mediation session before Eileen Barker is GRANTED. Mr. Cleaver shall be available by telephone at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 7, 2010    By:    *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                                   United States Magistrate Judge