# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MICHAEL GODINHO,<br><br>        Plaintiff,<br>  v.<br>EMBASSY SUITES WALNUT CREEK, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-5498 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATUS REPORT** |

As neither party filed a dispositive motion by the September 23, 2010 deadline, and it appears that mediation is ongoing, the Court ORDERS the parties to file a joint statement by October 7, 2010. In their report, the parties provide the status of the case, whether both or either party requests a continuance of the dispositive motion deadline, and whether any other pretrial or trial dates should be continued.

**IT IS SO ORDERED.**

Dated: September 24, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge