DAVID I. DALBY (SBN: 114750)
JILL BURESH NAIL (SBN: 229044)
ddalby@hinshawlaw.com
rromero@hinshawlaw.com
jnail@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants SUNBEAM PRODUCTS, INC.; JARDEN CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GODINHO,<br><br>Plaintiff,<br><br>vs.<br><br>ASHFORD TSR NICKEL, LLC dba EMBASSY SUITES WALNUT CREEK; REMINGTON LODGING AND HOSPITALITY, LLC; SUNBEAM PRODUCTS, INC.; JARDEN CORPORATION<br><br>Defendants. | Case No.: 3:09-cv-05498-MEJ<br><br>**JOINT NOTICE OF SETTLEMENT OF THE ENTIRE CASE**<br><br>Hon. Maria-Elena James |

To Honorable Chief Magistrate Judge Maria-Elena James,

The parties to the above-captioned action have settled the case as to all causes of action and all parties. A stipulation for dismissal with prejudice and proposed order shall be filed within thirty (30) days of this notice.

1

| | | |
|---|---|---|
| 1 | DATED: October 5, 2010 | THE DOLAN LAW FIRM |
| 2 | | |
| 3 | | By: /S/ Marjorie J. Heinrich |
| 4 | | Marjorie J. Heinrich<br>*Attorneys for Plaintiff* |
| 5 | | Michael Godinho |
| 6 | | |
| 7 | DATED: October 5, 2010 | LAW OFFICES OF SANTANA & HART |
| 8 | | |
| 9 | | By: /S/ Maria I. Zeyrek |
| 10 | | Maria I. Zeyrek<br>*Attorneys for Defendants*<br>Ashford TRS Nickel, LLC dba Walnut |
| 11 | | Creek Embassy Suites and Remington<br>Lodging & Hospitality, LLC |
| 12 | | |
| 13 | DATED: October 5, 2010 | HINSHAW & CULBERTSON LLP |
| 14 | | |
| 15 | | By: /S/ David I. Dalby |
| 16 | | David I. Dalby<br>*Attorneys for Defendants* |
| 17 | | Sunbeam Products, Inc.;<br>Jarden Corporation |

All pending pretrial and trial deadlines are hereby VACATED. The parties shall file a joint stipulation for dismissal or request that the matter be placed back on calendar within 30 days.

Dated: October 6, 2010

*IT IS SO ORDERED*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA