DAVID I. DALBY (SBN: 114750)
ROBERT J. ROMERO (SBN: 136539)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070
ddalby@hinshawlaw.com
rromero@hinshawlaw.com

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.;
JARDEN CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GODINHO<br><br>Plaintiff,<br><br>vs.<br><br>ASHFORD TSR NICKEL, LLC dba EMBASSY SUITES WALNUT CREEK; REMINGTON LODGING AND HOSPITALITY, LLC; SUNBEAM PRODUCTS, INC.; JARDEN CORPORATION<br><br>Defendants. | Case No.: 3:09-cv-05498-MEJ<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Hon. Maria-Elena James |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P.41(a)(1), the above-reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 12, 2010

*[Signature: Judge Maria-Elena James]*

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 3:09-CV-05498-MEJ
2998559v1 0907150 49210